## SHAW, SAVILL, ALBION & CO., LTD. v. THE FREDERICKSBURG.

## PACO TANKERS, Inc. v. THE TAMAROA.

United States District Court
S. D. New York.
June 29, 1950.

The suit and cross-suit herein arose out of a collision between the British Flag Steamship Tamaroa and the United States Flag Tanker Fredericksburg in the Harbor of Belfast, Ireland, on the morning of January 27, 1944.

Immediately after the collision the Tamaroa effected temporary repairs at Belfast, which repairs and incidental expenses thereto were paid by the British owners in British pounds sterling. The vessel then proceeded to New York, where permanent repairs were effected. The permanent repairs were for the account of and were paid by War Shipping Administration. The Tamaroa also presented a claim for loss of use covering both the time during temporary repairs and the subsequent period of time during permanent repairs.

At the time of the accident the vessel was under charter to the British Ministry of War Transport. This item of the claim was accordingly expressed in British pounds sterling.

The libel of Shaw, Savill, Albion & Co. contended that the amount of its damages expressed in British sterling should be converted into American currency at an exchange rate of $4.025 and that the amount of the permanent repairs effected at New York by Todd Shipyard Corp. should be allowed and confirmed in the sum of $118,840.03, without any conversion of said sum into British sterling and reconversion into American currency.

Paco Tankers, Inc., contended that the amount of the items of damages set forth in British sterling should be converted into American currency at the exchange rate of $2.80 and that the item covering the permanent repairs should be converted from American currency to British sterling at the exchange rate of $4.025, being the rate of exchange applicable at the time said amount was debited against the British Ministry of War Transport by United States War Shipping Administration and the time said debit was paid to the British Ministry of War Transport by libelant, making the sum of £29,525.9.6 and that this amount should be reconverted into American currency at the rate of $2.80, the rate of exchange applicable on the date of the final decree, making the sum of $82,671.33.

Burlingham, Veeder, Clark & Hupper, New York City, for libelant, Shaw, Savill, Albion & Co.

Kirlin, Campbell, Hickox & Keating, New York City, for Paco Tankers, Inc.

NOONAN, District Judge.

The principal question before the court on this motion is whether the conversion of the amounts of the damage items expressed in British Sterling should be based upon the rate of exchange of $4.025, which prevailed at the time of the collision, or whether these particular items should be converted at the present rate of exchange of $2.80 because of the devaluation of the British currency.

Libelant contends for the rate current at the time the loss occurred, or $4.025, while the claimant contends that the value of the British pound at the time of the entering of the final decree, presently $2.80, controls.

It is my opinion that the rate of exchange at the time of the entering of the final decree governs. Accordingly, it is

my determination that the libelant's damages should be determined at the present rate of exchange for the conversion of British pounds. A decree should be entered accordingly in favor of libelant.